Case 4:05-cv-00144-SWW   Document 6   Filed 02/23/05   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 23 2005

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

V.                          NO. 4:05CV0144SWW

2001 CADILLAC DEVILLE, ETAL.                          DEFENDANT
(CRAIG WATSON)

### ANSWER

Comes now the defendant, Craig Watson, and for his answer states:

1. To the extent 21 USC-841 is constitutional, then this action properly lies, but defendant denies that the property should be forfeited.

2. To the extent 28 USC 1345 and 1355 are constitutional, defendant admits this is a forfeiture action but denies reasons exist for the same.

3. Admit

4. Admit

5. Admit

6. Defendant responds as previously stated herein. Defendant denies that property was used or the like in violation of 21 USC 841.

**WHEREFORE**, all premises are considered, defendant prays that the Court enter an order dismissing the United States' action, and for all other good and proper relief.

Respectfully submitted,

McCULLOUGH LAW FIRM
P.O. Box 251963
Little Rock, AR 72225
(501) 376-4111

BY: _R.S. McCullough_
   R.S. McCullough
   (Ark. Bar #85-102)

motion

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the FEB 1 5 2005, a copy of the foregoing has been hand-delivered or mailed, postage prepaid, proper address of all parties or all Counsel of record for the same.

McCULLOUGH LAW FIRM
BY _R.S. McCullough_