IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

                No. 4:05CV00144    SWW

One 2001 Cadillac Deville
VIN 1G6KD54Y31U184227 and

One 1964 Chevrolet Impala SS,
VIN 41447S201765

## MOTION TO DISMISS COMPLAINT

The United States of America, by and through Tim Griffin, United States Attorney for the Eastern District of Arkansas, and Karen Whatley, Assistant U. S. Attorney, states that the assets listed above were forfeited on July 3, 2006 in US v. Craig Watson, 4:05CR00066-001 SWW and the United States moves to dismiss with prejudice the complaint in this matter.

                Respectfully submitted,

                TIM GRIFFIN
                UNITED STATES ATTORNEY


                By /s/ *Karen Whatley*
                KAREN WHATLEY
                Assistant U. S. Attorney
                P. O. Box 1229
                Little Rock, Arkansas 72203
                (501)340-2609

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10th, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following:

Madison P. Aydelott, III
Aydelott Law Firm
1500 West Main Street
Post Office Box 801
Jacksonville, AR 72078

                                          /s/ *Karen Whatley*
                                          KAREN WHATLEY